

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-19-00032-CR

Jemadari Chinua **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6613
Honorable Kevin M. O'Connell, Judge Presiding

**ORDER**

This appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on May 15, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court